SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X

JOHN PITCHER and CAROLYN PITCHER,

            **Plaintiffs,**

-against-

**UNION CARBIDE CORPORATION;**
**AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO PUMPS, INC.;
**ALFA LAVAL, INC.**, sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY;
**ARMSTRONG INTERNATIONAL, INC.;**
**BARRETTS MINERALS INC.;**
**BEACON CMP CORPORATION;**
**BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;
**BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
**BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
**COLGATE-PALMOLIVE COMPANY;**
**CRANE CO.**, successor-in-interest to CHAPMAN VALVE COMPANY and THE SWARWTOUT COMPANY;
**DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY;
**DAP PRODUCTS, INC.;**
**EATON HYDRAULICS LLC** f/k/a EATON HYDRAULICS, INC., sued as successor to VICKERS INC.;
**EDELBROCK CORPORATION;**
**ELLIOTT COMPANY** f/k/a and d/b/a ELLIOTT TURBOMACHINERY COMPANY;

Index No.
Date of Filing: August 5, 2022

**SUMMONS**

Plaintiffs designate
NEW YORK COUNTY
as the Place of Trial

Plaintiffs reside at:
300 Burning Tree Drive
Georgetown, TX 78628

**ESTEE LAUDER, INC.**, a subsidiary of THE ESTEE LAUDER COMPANIES, INC.;
**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC.;
**FMC CORPORATION**, sued individually and as successor-in-interest to CHICAGO PUMP COMPANY;
**FORD MOTOR COMPANY**;
**FOSTER WHEELER ENERGY CORPORATION**;
**GARDNER DENVER, INC.**;
**GENERAL ELECTRIC COMPANY**;
**GG OF FLORIDA, INC. f/k/a HIGBEE, INC.** f/k/a HIGBEE GASKETS AND SEALING PRODUCTS, INC.;
**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED;
**HOLLEY PERFORMANCE PRODUCTS, INC.**;
**HOLLINGSWORTH & VOSE COMPANY**;
**HONEYWELL INTERNATIONAL, INC.** f/k/a ALLIED-SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION;
**IMO INDUSTRIES, INC.**, sued individually and as successor-in-interest to DELAVAL TURBINE, INC.;
**JOHN CRANE, INC.**;
**MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION;
**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION;
<u>**PARAMOUNT GLOBAL**</u> f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
**PFIZER INC.**;
**REDCO CORPORATION** f/k/a CRANE CO.;
ROBERTSHAW CONTROLS COMPANY d/b/a FULTON SYLPHON VALVES;
**R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC.;
SPECIALTY MINERALS INC., sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.;
**SUPERIOR-LIDGERWOOD-MUNDY CORPORATION**, sued individually and as

successor-in-interest to M.T. DAVIDSON COMPANY;
**VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION;
**VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE DIAL CORPORATION, sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY;
**WARREN PUMPS, LLC;**
**WEIR VALVES & CONTROLS USA, INC.** f/k/a ATWOOD & MORRILL;
**WHITTAKER CLARK & DANIELS, INC.;**
**ZURN INDUSTRIES, LLC**, individually and as successor-in-interest to ZURN INDUSTRIES, INC. successor to ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER WORKS, INC.,

       **Defendants.**

**TO THE ABOVE-NAMED DEFENDANTS:**

  You are hereby summoned to answer in this action and to serve a copy of your answer, or if the complaint is not served with this summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: August 5, 2022       SIMON GREENSTONE PANATIER, PC
   New York, New York     Attorneys for Plaintiffs

              ***Brendan J. Tully***
              Brendan J. Tully, Esq.
              420 Lexington Avenue, Suite 2848
              New York, New York 10170
              Telephone: (212) 634-1690
              Facsimile: (212) 320-0526

**TO DEFENDANTS:**

**UNION CARBIDE CORPORATION**
Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

**AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO PUMPS, INC.
Corporation Service Company
80 State Street
Albany, NY 12207

**ALFA LAVAL, INC.**, sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY;   CT Corporation System, 28 Liberty Street, New York, NY 10005
ARMSTRONG INTERNATIONAL, INC.
David Dykstra
900 Maple Street
Three Rivers, MI 49093

**BARRETTS MINERALS INC.**
CT Corporation System
28 Liberty Street
New York, NY 10005

**BEACON CMP CORPORATION**
Richard Loncar
295 N. Michigan Avenue
Kenilworth, NJ 07033

**BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY Corporation Service Company
Princeton South Corporate Center, Suite 160
100 Charles Ewing Boulevard
Ewing, NJ 08628

**BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

**COLGATE-PALMOLIVE COMPANY**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CRANE CO.** as successor-in-interest to CHAPMAN VALVE COMPANY and THE SWARWTOUT COMPANY
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

**DAP PRODUCTS, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**EATON HYDRAULICS LLC** f/k/a EATON HYDRAULICS, INC., sued as successor to VICKERS INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

**EDELBROCK CORPORATION**
Jeffrey L. Thompson
2700 California Street
Torrance, CA 90503

**ELLIOTT COMPANY** f/k/a and d/b/a ELLIOTT TURBOMACHINERY COMPANY
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**ESTEE LAUDER, INC.**, a subsidiary of THE ESTEE LAUDER COMPANIES, INC.
Corporation Service Company
80 State Street
Albany, NY 12207

**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

**FMC CORPORATION**, sued individually and as successor-in-interest to CHICAGO PUMP COMPANY
CT Corporation System
28 Liberty Street
New York, NY 10005

**FORD MOTOR COMPANY**
CT Corporation System
28 Liberty Street
New York, NY 10005

**FOSTER WHEELER ENERGY CORPORATION**
United Agent Group Inc.
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

**GARDNER DENVER, INC.**
CT Corporation System
28 Liberty Street
New York, NY 10005

**GENERAL ELECTRIC COMPANY**
Vice President, Litigation
General Electric Company
901 Main Avenue
Norwalk, CT 06851

**GG OF FLORIDA, INC.** f/k/a HIGBEE, INC. f/k/a HIGBEE GASKETS AND SEALING PRODUCTS, INC.
1728 Lane Avenue South
Jacksonville, FL 32236

**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**HOLLEY PERFORMANCE PRODUCTS, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**HOLLINGSWORTH & VOSE COMPANY**
Deirdre M. Murphy
112 Washington Street
East Walpole, MA 02032-1008

**HONEYWELL INTERNATIONAL, INC.** f/k/a ALLIED-SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207

**IMO INDUSTRIES, INC.**, sued individually and as successor-in-interest to DELAVAL TURBINE, INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

**JOHN CRANE, INC.**
CT Corporation System
28 Liberty Street
New York, NY 10005

**MW CUSTOM PAPERS**, LLC as successor-in-interest to THE MEAD CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207

**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION
CT Corporation System
28 Liberty Street
New York, NY 10005

**PARAMOUNT GLOBAL** f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION)
Corporation Service Company
80 State Street
Albany, NY 12207

**PFIZER INC.**
CT Corporation System
28 Liberty Street
New York, NY 10005

**REDCO CORPORATION f/k/a CRANE CO.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**ROBERTSHAW CONTROLS COMPANY** d/b/a FULTON SYLPHON VALVES
Registered Agent Solutions, Inc.
838 Walker Road, Suite 21-2
Dover, DE 19904

**R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC.
Corporation Service Company
80 State Street
Albany, NY 12207

**SPECIALTY MINERALS INC.**, sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

**SUPERIOR-LIDGERWOOD-MUNDY CORPORATION**, sued individually and as successor-in-interest to M.T. DAVIDSON COMPANY
Arthur Robert Woodman
302 Grand Avenue
Superior, WI 54880

**VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207

**VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE DIAL CORPORATION, sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY
CT Corporation System
28 Liberty Street
New York, NY 10005

**WARREN PUMPS, LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**WEIR VALVES & CONTROLS USA, INC.** f/k/a ATWOOD & MORRILL
29 Old Right Road
Ipswich, MA 01938-1119

**WHITTAKER CLARK & DANIELS, INC.**
Joe Cobuzio
Tompkins, McGuire, Wacenfeld & Barry
3 Becker Farm Road, 4th Floor
Roseland, NJ 07068

**ZURN INDUSTRIES, LLC**, sued individually and as successor-in-interest to ZURN INDUSTRIES, INC. successor to ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER WORKS, INC.
CT Corporation System
28 Liberty Street
New York, NY 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X

JOHN PITCHER and CAROLYN PITCHER,

                Plaintiffs,

-against-

UNION CARBIDE CORPORATION;
AIR & LIQUID SYSTEMS CORPORATION, sued as successor-by-merger to BUFFALO PUMPS, INC.;
ALFA LAVAL, INC., sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY;
ARMSTRONG INTERNATIONAL, INC.;
BARRETTS MINERALS INC.;
BEACON CMP CORPORATION;
BLOCK DRUG COMPANY, INC., sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;
BRENNTAG NORTH AMERICA, INC., sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
BRENNTAG SPECIALTIES LLC f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
COLGATE-PALMOLIVE COMPANY;
CRANE CO., successor-in-interest to CHAPMAN VALVE COMPANY and THE SWARWTOUT COMPANY;
DCO LLC f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY;
DAP PRODUCTS, INC.;
EATON HYDRAULICS LLC f/k/a EATON HYDRAULICS, INC., sued as successor to VICKERS INC.;

Index No.
Date of Filing: August 5, 2022

**COMPLAINT**

Plaintiffs demand a trial by jury.

Page 1

**EDELBROCK CORPORATION;**
**ELLIOTT COMPANY** f/k/a and d/b/a ELLIOTT TURBOMACHINERY COMPANY;
**ESTEE LAUDER, INC.**, a subsidiary of THE ESTEE LAUDER COMPANIES, INC.;
**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC.;
**FMC CORPORATION**, sued individually and as successor-in-interest to CHICAGO PUMP COMPANY;
**FORD MOTOR COMPANY;**
**FOSTER WHEELER ENERGY CORPORATION;**
**GARDNER DENVER, INC.;**
**GENERAL ELECTRIC COMPANY;**
**GG OF FLORIDA, INC.** f/k/a HIGBEE, INC. f/k/a HIGBEE GASKETS AND SEALING PRODUCTS, INC.;
**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED;
**HOLLEY PERFORMANCE PRODUCTS, INC.;**
**HOLLINGSWORTH & VOSE COMPANY;**
**HONEYWELL INTERNATIONAL, INC.** f/k/a ALLIED-SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION;
**IMO INDUSTRIES, INC.**, sued individually and as successor-in-interest to DELAVAL TURBINE, INC.;
**JOHN CRANE, INC.;**
**MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION;
**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION;
**PARAMOUNT GLOBAL** f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;
**PFIZER INC.;**
**REDCO CORPORATION** f/k/a CRANE CO.;
**ROBERTSHAW CONTROLS COMPANY** d/b/a FULTON SYLPHON VALVES;

**R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC.;
**SPECIALTY MINERALS INC.**, sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.;
**SUPERIOR-LIDGERWOOD-MUNDY CORPORATION**, sued individually and as successor-in-interest to M.T. DAVIDSON COMPANY;
**VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION;
**VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE DIAL CORPORATION, sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY;
**WARREN PUMPS, LLC**;
**WEIR VALVES & CONTROLS USA, INC.** f/k/a ATWOOD & MORRILL;
**WHITTAKER CLARK & DANIELS, INC.**;
**ZURN INDUSTRIES**, LLC, individually and as successor-in-interest to ZURN INDUSTRIES, INC. successor to ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER WORKS, INC.,

     Defendants.
-----------------------------------------------------------------X

**TO THE ABOVE-NAMED DEFENDANTS:**

  Plaintiffs JOHN PITCHER and CAROLYN PITCHER, by and through their attorneys, SIMON GREENSTONE PANATIER, PC, for their Complaint respectfully allege:

  1. Plaintiffs repeat and reallege Simon Greenstone Panatier, PC's New York City Asbestos Litigation Standard Complaint No. 1 as if fully incorporated herein.[1]

  2. Plaintiffs JOHN PITCHER and CAROLYN PITCHER reside at 300 Burning Tree Drive, Georgetown, Texas 78628.

---

[1] A copy of Simon Greenstone Panatier, PC's New York City Asbestos Litigation Standard Asbestos Complaint for Personal Injury No. 1 is attached hereto as Exhibit "A."

Page 3

3. Plaintiff JOHN PITCHER has been diagnosed with malignant mesothelioma as a result of his regular and repeated exposure to asbestos from the Defendants' asbestos-contaminated products, including in New York State. Plaintiff meets the minimum requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

## PARTIES

4. At all times relevant, Defendant **UNION CARBIDE CORPORATION** was a corporation organized under the laws of the State of New York with its principal place of business in Texas.

5. At all times relevant, Defendant **AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO PUMPS, INC., was a corporation organized under the laws of the State of Pennsylvania with its principal place of business in New York.

6. At all times relevant, Defendant **ALFA LAVAL, INC.**, sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY, was a corporation organized under the laws of the State of New Jersey with its principal place of business in Virginia.

7. At all times relevant, Defendant **ARMSTRONG INTERNATIONAL, INC.** was a corporation organized under the laws of the State of Michigan with its principal place of business in Michigan.

8. At all times relevant, Defendant **BARRETTS MINERALS INC.** was a corporation organized under the laws of the State of Delaware with its principal places of business in Montana and New York.

9. At all times relevant, Defendant **BEACON CMP CORPORATION** was a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

10. At all times relevant, Defendant **BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, was a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

11. At all times relevant, Defendant **BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in Pennsylvania.

12. At all times relevant, Defendant **BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey.

13. At all times relevant, Defendant **COLGATE-PALMOLIVE COMPANY** was a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

14. At all times relevant, Defendant **CRANE CO.**, as successor-in-interest to CHAPMAN VALVE COMPANY and THE SWARWTOUT COMPANY, was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

15. At all times relevant, Defendant **DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, was a limited liability company organized under the laws of the State of Virginia

with its principal place of business in New Jersey. To the best of Plaintiffs' knowledge, the managing members of **DCO LLC f/k/a DANA COMPANIES LLC**, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, are Vicki L. Stringham and Joseph A. Stancati who reside in Perrysburg, Ohio. Therefore Defendant **DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, is a resident of the State of Ohio.

16. At all times relevant, Defendant **DAP PRODUCTS, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Maryland.

17. At all times relevant, Defendant **EATON HYDRAULICS LLC f/k/a EATON HYDRAULICS, INC.**, sued as successor to VICKERS INC., was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Ohio. To the best of Plaintiffs' knowledge, the managing member of Defendant **EATON HYDRAULICS LLC** f/k/a EATON HYDRAULICS, INC., sued as successor to VICKERS INC., is Eaton Corporation, an Ohio corporation with its principal place of business in Ohio. Therefore, Defendant **EATON HYDRAULICS LLC** f/k/a EATON HYDRAULICS, INC., sued as successor to VICKERS INC., is a resident of the State of Ohio.

18. At all times relevant, Defendant **EDELBROCK CORPORATION** was a corporation organized under the laws of the State of Delaware with its principal place of business in California.

19. At all times relevant, Defendant **ELLIOTT COMPANY** f/k/a and d/b/a ELLIOTT TURBOMACHINERY COMPANY was a corporation organized under the laws of the State of Delaware with its principal places of business in Pennsylvania and Texas.