# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| ELIZABETH D. DREISBACH<br>ASSOCIATE<br>TEL: (973) 353 8315<br>EMAIL: edreisbach@lcbf.com | ONE GATEWAY CENTER<br>22ND FLOOR<br>NEWARK, NJ 07102<br>TELEPHONE (973) 623-2700<br>FACSIMILE (973) 623-4496<br>www.lcbf.com | 120 Broadway<br>13th Floor<br>New York, New York 10271<br>Tel: (212) 238-4800<br><br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

January 19, 2023

<u>*Via ECF*</u>

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The request is GRANTED. Mr. Kozak is excused from appearing at the Initial Pretrial Conference on January 23, 2023.
>
> Dated: January 19, 2023
> New York, New York
>
> SO ORDERED
> */s/ Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

  **Re: John Pitcher and Carolyn Pitcher v. Union Carbide Corporation, et al.**
    <u>**Civil Action No.: 1:22-cv-09813(JLR)**</u>

Dear Judge Rochon:

  This office represents Defendant Whittaker, Clark & Daniels, Inc. ("WCD") in the above-referenced matter. On November 29, 2022, Your Honor issued an Order scheduling an Initial Pretrial Conference for Tuesday, January 24, 2023, subsequently rescheduled to Monday, January 23, 2023 at 10:30 a.m. <u>via</u> Notice of Electronic Filing. Your Honor's Notice requires that "principal trial counsel" appear at this conference. Principal trial counsel for WCD in this matter, Christopher S. Kozak, is currently on trial in a Connecticut case, which is continuing the week of January 23, 2023. As such, Mr. Kozak will be unable to attend the Initial Pretrial Conference before Your Honor on Monday, January 23, 2023.

  WCD respectfully requests that you permit Elizabeth D. Dreisbach, Esq., who is fully familiar with this matter, to appear on its behalf in Mr. Kozak's stead.

  We thank Your Honor for your consideration.

            Respectfully submitted,

            ***/s/ Elizabeth D. Dreisbach***

            Elizabeth D. Dreisbach, Esq.

4875-6437-2043v.1