USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PITCHER, et al.,

                Plaintiffs,

-against-

UNION CARBIDE CORP., et al.,

                Defendants.

22-cv-09813 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of Defendant Ford Motor Company's ("Ford") letter-motion (Dkt. No. 336, "Ford's Letter-Motion") and Plaintiffs' letter-motion (Dkt. No. 338, "Plaintiffs' Letter-Motion"), regarding Plaintiffs' 30(b)(6) deposition notice to Ford. As discussed and for the reasons stated at the January 17 conference, Ford's Letter-Motion is GRANTED IN PART and DENIED IN PART, and Plaintiffs' Letter-Motion is GRANTED IN PART and DENIED IN PART.

      It is further ORDERED that Ford shall specifically identify for Plaintiffs excerpts and portions of discovery material in the current record responsive to the issue of when Ford became aware of the health hazards of asbestos. It is further ORDERED that Plaintiffs and Ford shall file a joint status letter on the progress of Ford's efforts thereto and whether Plaintiffs believe there are outstanding discovery issues related to Ford by **March 17, 2025**. The remainder of the requests in Ford's Letter-Motion and Plaintiffs' Letter-Motion are denied without prejudice to renewal after the discovery described herein is completed.

      The Court is also in receipt of the parties' joint letter to extend the close of fact discovery. *See* Dkt. No. 341. It is further ORDERED that the close of fact discovery shall be extended to **April 4, 2025**, only to complete the outstanding discovery identified in the parties' joint letter. This extension is made without prejudice to any party's request for additional limited discovery should the current outstanding discovery reveal new facts that a party is entitled to investigate under Rule 26, and without prejudice to the resolution of the issues involving discovery between Ford and Plaintiffs discussed above. The discovery deadlines related to Defendant Emerson Final Control US Holding LLC ordered by the Court on December 20, 2024 (Dkt. No. 331) shall remain in effect.

      Finally, it is further ORDERED that the post-fact discovery correspondence and conference shall be as follows:

- Pre-motion letters regarding summary judgment shall be due **April 18, 2025**;
- Should no party file a pre-motion letter, then the parties' joint letter shall be due **April 25, 2025**; and
- The post-fact discovery conference shall be **Tuesday, April 29, 2025, at 9:30 a.m.**

Dated:  January 21, 2025
       New York, New York

                                              SO ORDERED.

MARGARET M. GARNETT
United States District Judge