```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PITCHER, et al.,

                    Plaintiffs,

-against-

UNION CARBIDE CORPORATION, et al.,

                    Defendants.

22-CV-09813 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court is in receipt of the parties' letter dated August 1, 2025. Dkt. No. 404.

    It is hereby ORDERED that the close of expert discovery in this action shall be **April 17, 2026**, including the following interim deadlines:

(i)     Rule 26(a)(2) disclosures by any party-proponent of a claim shall be made by **October 17, 2025**;

(ii)     Rule 26(a)(2) disclosures by any party-opponent of a claim shall be made by **January 16, 2026**;

(iii)     Any rebuttal expert reports shall be disclosed by **February 20, 2026**.

(iv)     All expert discovery, including depositions, is to be completed by **April 17, 2026.**

    The parties shall appear for a status conference over Microsoft Teams on **Tuesday, May 5, 2026, at 9:30 a.m.** The public one-touch dial-in for conference audio is: +1 646-453-4442,,124460552#. Counsel of record will receive a direct Microsoft Teams link in advance of the conference. In anticipation of the conference, the parties shall file a joint letter, no later than **May 1, 2025**, providing the parties' views on the earliest date trial could begin, the estimated length of trial given the Defendants remaining in the case as of that date, and including any blackout dates during which any party is not available for trial in fall and winter 2026.

    It is further ORDERED that the summary judgment briefing schedule shall be as follows:

(i)     moving papers, including the Court's required Joint 56.1 Statement, due no later than **June 12, 2026**;

(ii)     oppositions due no later than **July 10, 2026**;

(iii)     replies due no later than **July 17, 2026**.

    (iv)    *Daubert* motions shall also be briefed in accordance with the foregoing schedule, except that replies are not permitted absent prior permission of the Court with good cause shown.

It is further ORDERED that counsel for Plaintiffs, John Crane, Inc., and Redco shall appear for a conference over Microsoft Teams on **Thursday, August 7, 2025, at 11:30 a.m.** to discuss (i) whether the choice-of-law issue should be resolved before other motion practice and (ii) the discovery dispute over Mr. Pitcher's pathology materials. The public one-touch dial-in for conference audio is: +1 646-453-4442,,715993943#. Counsel of record shall receive a direct Microsoft Teams link in advance of the conference. Counsel for other Defendants may attend if they wish but their presence is not required.

Dated: August 4, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge